Honorable Natasha C. Merle
United States District Judge, Eastern District of New York
Eastern District of New York Federal Courthouse
225 Cadman Plaza E.
Brooklyn, New York 11201

**FILED**
**Apr 18, 2024, 11:27 AM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

April 18th, 2024

---

## LETTER TO THE COURT REGARDING PAYMENT OF FILING FEE

Re: *Wright v. Nexstar Media Inc.* et al, 1:2024-cv-00339
*Wright v. NBCUniversal LLC* et al., 1:2024-cv-00391

---

Your Honor,

I am the plaintiff *pro se* in this case and respectfully write regarding this Court's March 13th, 2024, order to pay the filing fee in the above-referenced cases.

I sincerely apologize, as I was under the impression that once the notices of settlement and dismissal were filed in the above-referenced cases that no further action on my part was needed. However, I happened to view the docket online today and saw these orders for the first time.

Further, I was recently notified by a neighbor in my building that for a period of time in March of this year that USPS mail to be delivered to our building had been stolen and not delivered. I never received this Court's mailed Order in this case and I believe that this was due to this issue. The attached documents are screenshots of a text conversation between the neighbors in our building and an emailed response that one of the neighbors received from USPS when she inquired about the missing mail.

Due to this, I am only now, for the first time, seeing this Court's order to pay the filing fee and will come to the court to pay this fee immediately.

Again, I sincerely apologize for this and in no way meant to ignore this Court's Order.

Dated: April 18th, 2024
      Brooklyn, NY

Respectfully Submitted,

/s/ Hillary Wright

_____

Hillary Wright, Plaintiff pro se

35 Park Pl., #1
Brooklyn, NY 11217
580-304-6241

1

2

hwrightdailymail@gmail.com

FILED VIA ONLINE SUBMISSION AT:

https://edny.app.box.com/f/0f6348c6cb5242409fe345811278b2ca

**encl.**







#62318771 Has Been Closed:
[ref:!00Dj00GyYH.!
500BY027mxV:ref]



Dear Melonie Maclaughlin,

Thank you for taking the time to notify us of your experience. Your USPS® Service Request 62318771 has been marked as closed.

I apologize that the mail you have been waiting for was not received by you. I regret to inform you that we have been experiencing high mail theft in the area and your carrier did have mail stolen around the time in question. Please contact the correspondents who sent you the mail pieces and inform them of the status. I apologize but we are unable to determine whose mail was stolen until they inquire.

Please accept our sincerest apology for any trouble this may have caused you. We appreciate your business and look forward to serving you again in the future.

Sincerely,

Sandra Thorpe
Supv Customer Services

718-622-0341
*******************************************************************************
You may receive an invitation to participate in a survey from postalexperience@inmoment.com regarding our recent interaction with the USPS employee who assisted you with this service request. Please complete the survey so that, if necessary, we can improve your experience. We value your feedback.

Your privacy is important to us. If you would like additional information on our privacy policy, please visit us online at: www.usps.com/privacypolicy.



5